**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: : NO. 592
:
APPOINTMENT TO INTERBRANCH : JUDICIAL ADMINISTRATION DOCKET
COMMISSION FOR GENDER, RACIAL, :
AND ETHNIC FAIRNESS :

**ORDER**

**PER CURIAM**

**AND NOW**, this 18th day of April, 2023, Rita G. Alexyn, Esquire, Tioga County, is hereby appointed as a member of the Interbranch Commission for Gender, Racial, and Ethnic Fairness for a term expiring December 31, 2024.